UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR RAMOS,

              Plaintiff,

      v.

GLOBAL LIQUORS INC.,
INDIVIDUALLY AND DBA COUNTRY
CORNER LIQUOR, et al.,

              Defendants.

Case No.  2:25-cv-02693-WBS-CSK

ORDER

(ECF No. 15)

On May 29, 2026, the magistrate judge filed findings and recommendations (ECF No. 15), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 15.)  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 15) are ADOPTED IN FULL;

2.      The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's Claim 2 for violation of California's Health and Safety Code §§ 19955 *et seq.*, Claim 3 for violation of

1

California's Disabled Person Act pursuant to Cal. Civ. Code §§ 54, 54.1, and 54.3, and Claim 4 for violation of California's Unruh Act pursuant to Cal Civ. Code §§ 51 and 51.5, and that these claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(4);

     3.     Plaintiff's motion for default judgment (ECF No. 9) is DENIED without prejudice, subject to renewal as to Plaintiff's remaining ADA claim (Claim 1);

     4.     The Court dismisses Doe Defendants 1-50 from this action; and

     5.     Plaintiff is GRANTED thirty (30) days to file a second motion for default judgment.

Dated:  June 30, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8/ramo25cv2693.JO.noobj

2